## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**HOWARD COHAN,**

        **Plaintiff,**

**v.**                                **Case No: 6:23-cv-833-PGB-DCI**

**COVELLI FAMILY LIMITED PARTNERSHIP II,**

        **Defendant.**
_____/

### ORDER

This cause is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, filed July 24, 2023. (Doc. 14). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Covelli Family Limited Partnership II are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on July 24, 2023.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties